No. 26-1731

---

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

RENEW NORTHEAST, et al.,
*Plaintiffs/Appellees*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,
*Defendants/Appellants*,

---

Appeal from the United States District Court for the District of Massachusetts
No. 25-13961 (Hon. Denise J. Casper)

---

**FEDERAL APPELLANTS' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX**

---

Federal Appellants respectfully move under Federal Rule of Appellate Procedure 26(b) for a 30-day extension of time in which to file their opening brief and appendix, *i.e.*, from November 9, 2026, until **December 9, 2026**. This is Federal Appellants' second request to extend this deadline. Undersigned counsel conferred with counsel for Appellees and Appellees take no position on the requested relief.

Good cause supports the requested extension. Despite significant progress and diligent efforts to date, the Solicitor General of the United States has not yet decided whether to authorize this appeal. The United States cannot pursue an appeal

absent the authorization of the Solicitor General. *See* 28 C.F.R. § 0.20(b). Because this decision is unlikely to be made by the current due date for Federal Appellees' brief, a reasonable amount of additional time is required to permit the appeal authorization process to conclude. If an appeal is authorized, the additional requested time is also necessary for undersigned counsel for Federal Appellants to devote a sufficient amount of time to the preparation of the government's brief in this case along with the obligations in his other assigned cases and have the brief reviewed and approved by officials at the Department of the Interior, Army Corps of Engineers, and Department of Justice, to include the Office of the Assistant Attorney General for the Energy and Natural Resources Division.

The above-described factors will prevent undersigned counsel from preparing and filing Federal Appellees' brief and appendix in this matter by the current deadline. The requested extension is not sought for purposes of delay and will assist in the orderly conduct of the United States' consultation and decision-making process. Accordingly, Federal Appellants respectfully request that the Court grant this motion for an extension of 30 days, to and including December 9, 2026, in which to file their opening brief and appendix. As noted, Appellees take no position on the requested extension.

*        *        *

Dated: October 30, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
Attorney
Energy and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 353-9332
christopher.hair@usdoj.gov

*Counsel for Federal Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Rule 32(f), the document contains 316 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
*Counsel for Federal Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit by using the appellate CM/ECF system on October 30, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR
*Counsel for Federal Appellants*