# United States Court of Appeals
## For the First Circuit

No. 26-1731

RENEW NORTHEAST; ALLIANCE FOR CLEAN ENERGY NEW YORK; RENEWABLE NORTHWEST; SOUTHERN RENEWABLE ENERGY ASSOCIATION; INTERWEST ENERGY ALLIANCE; MID-ATLANTIC RENEWABLE ENERGY COALITION ACTION; CLEAN GRID ALLIANCE; CAROLINAS CLEAN ENERGY BUSINESS ASSOCIATION; GREEN ENERGY CONSUMERS ALLIANCE, INC.,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in the official capacity; BUREAU OF LAND MANAGEMENT; STEVE PEARCE, Director, Bureau of Land Management, in the official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT; MATTHEW GIACONA, Acting Director of Bureau of Ocean Energy Management, in the official capacity; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; KENNETH STEVENS, Principal Deputy Director of Bureau of Safety and Environmental Enforcement, in the official capacity; UNITED STATES FISH AND WILDLIFE SERVICE; BRIAN NESVIK, Director of United States Fish and Wildlife Service, in the official capacity; UNITED STATES ARMY CORPS OF ENGINEERS; WILLIAM H. GRAHAM, Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers, in the official capacity,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 2, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Bureau of Land Management, Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas James Burgum, Matthew Giacona, William H. Graham Jr., Brian Nesvik, Steve Pearce, Kenneth Stevens, US Army Corps of Engineers, US Dept of the Interior and US Fish and Wildlife Service to file a brief and appendix be enlarged to and including **December 9, 2026**. No further extension of this deadline should be expected.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nicholas W. Brown
John L. Fink
Julia Kathryn Forgie
Aaron M. Frey
Erica Fuller
Abraham R. George
Christopher Hair
Nathaniel Haviland-Markowitz
Megan M. Herzog
Lucy Lefkowitz
Donald Campbell Lockhart
Kristin K. Mayes
Raymond D. Moss
Peter F. Neronha
Devin M. O'Connor
Janice M. Schneider
Turner Smith
William M. Tong
Judith N. Vale
Stacey L. VanBelleghem
Jon Whitney
Robert P. Williams
U. Gwyn Williams